UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROBERT DAMEON GROSS,**

    Plaintiff,

        v.                                  Civil Action No.  13-52 (JEB)

**DISTRICT OF COLUMBIA,**

    Defendant.

## ORDER

Plaintiff filed the instant action in the District of Columbia Superior Court on November 29, 2012, and Defendant District of Columbia removed it here on January 11, 2013.  See ECF No. 1 (Notice of Removal).  Eleven days later, the District moved for dismissal (including, for some reason, on counts not in the Complaint).  See ECF No. 3.  Plaintiff has since sought three extensions of time to file his Opposition, which the Court has granted, even though the third was filed nine days after the deadline for a response.  See ECF No. 9.  In granting this third Motion, the Court ordered that Plaintiff should respond to the District's Motion by April 2.  See Minute Order of March 18, 2013.  As he has failed to do so, the Court will treat the Motion as conceded under LCvR 7(b).

The Court, accordingly, ORDERS that:

1. Defendant's Motion is GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED**.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: April 8, 2013